IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00331-MJW

TREVOR PETERSON,

Plaintiff,

v.

STERLING MOSS,

Defendant.

**ORDER SETTING PRO SE STATUS CONFERENCE AND
SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The parties are expected to become familiar with the Pilot Program (see Docket No. 3).

IT IS HEREBY ORDERED that on or before March 4, 2015, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 3), indicating either unanimous consent of the parties or that consent has been declined. Please note that this date may be earlier than the default deadlines contemplated by the Pilot Program.

IT IS FURTHER ORDERED that a Status Conference shall be held on:

> March 18, 2015, at 2:30 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

THE DEFENDANT SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff shall:

1. Inform this court as to the nature of your lawsuit and, specifically, your standing to bring this lawsuit (i.e., how the alleged violations injured you);

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

FURTHER, it is ORDERED that Plaintiff is granted leave to appear at the status conference telephonically, by contacting chambers at the appointed time at (303) 844-2403.

**FURTHER, it is ORDERED that the parties shall meet and confer at least two weeks prior to the status conference and determine whether this case should be transferred to Magistrate Judge David L. West in the Court's Durango Division.** Should transfer be deemed appropriate, Defendant is directed to so move, no later than one week prior to the status conference.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 19th day of February, 2015.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge