IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00331-MJW

TREVOR PETERSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Plaintiff's Motion to Substitute Scheduling Conference Location From Denver to Durango (Docket No. 15) is DENIED IN PART and GRANTED IN PART, as follows.

      Defendant has filed a motion to dismiss for lack of jurisdiction.  (Docket No. 14.) Plaintiff's response to that motion is due on April 21, 2015, and will be deemed timely if received by the court on or before April 24, 2015.  D.C.COLO.LCivR 7.1(d); Fed.R.Civ.P. 6(d).  Because that motion has the potential to resolve this case without the need for a scheduling conference, the Court finds that the better course of action is to vacate the Rule 16 Scheduling Conference for the time being.  Should the motion to dismiss for lack of jurisdiction be denied, the Rule 16 Scheduling Conference will be re-set, and the Court will consider transferring this case to the Durango division at that time.

      Accordingly, it is further ORDERED that the Scheduling Conference set for April 30, 2015, at 9:00 a.m. is VACATED.

Date: April 13, 2015