IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00331-MJW

TREVOR PETERSON,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion for Continuation of the United States as a Defendant **(Docket No. 17)** is **DENIED as not a proper motion**. However, it appears to the Court that the document is intended as a response to Defendant's Motion to Dismiss (Docket No. 14). The Court will treat it as such, and hereby directs Defendant also to treat is as such. Defendant shall file its reply, if any, pursuant to D.C.COLO.LCivR 7.1(d).

- Plaintiff's Motion for Extension/Postponement for Scheduling Conference **(Docket No. 18)** and Plaintiff's Motion for Extension on Filing Scheduling Order **(Docket No. 19)** are **DENIED as moot**. The Scheduling Conference has already been vacated (*see* Docket No. 16), pending the outcome of Defendant's Motion to Dismiss. Thus, the relief Plaintiff seeks has already been granted.

Date: April 20, 2015