**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00331-MJW

TREVOR PETERSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting the United States' Motion to Dismiss of Magistrate Judge Michael J. Watanabe entered on May 7, 2015 it is ORDERED that the United States' Motion to Dismiss is GRANTED and that this case is DISMISSED WITHOUT PREJUDICE.   It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, United States of America and against Plaintiff, Trevor Peterson.  It is

FURTHER ORDERED that Defendant United States of America is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 8th day of May, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:   s/M. Ortiz

                s/M. Ortiz
                Deputy Clerk